UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
COURT FILE NO.: 5:10-cv-00158

| | |
|---|---|
| WILLIAM BYRON CALDWELL<br><br>  Plaintiff,<br>v.<br><br>SESSOMS & ROGERS, P.A. and<br>FIA CARD SERVICES, N.A. f/k/a<br>MBNA AMERICA BANK, N.A.,<br><br>  Defendants. | **NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

NOW COMES Plaintiff WILLIAM BYRON CALDWELL in the above-referenced action, and hereby files this Notice of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing any and all claims against all Defendants with prejudice in the above-referenced action.

THIS the 20th day of January, 2011.

                                              Respectfully submitted,

By:    s/Travis E. Collum
           N.C. Bar No. 29158
           Attorney for Plaintiff
           Travis E. Collum, Attorney at Law, P.A.
           Post Office Box 1739
           Mooresville, NC 28115
           Telephone: (704) 663-4187
           Facsimile: (704) 663-4178
           travis@collumlaw.com

## CERTIFICATE OF SERVICE

I, Travis E. Collum, do hereby certify that the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** in this action, was served was served via the Court Clerk's CM/ECF system which will provide notice to:

>Mr. Mitchell A. Meyers
>Attorney for Defendants
>3326 Durham-Chapel Hill Blvd., Suite A-200
>P.O. Box 52508
>Durham, North Carolina 27717
>mmeyers@sessomslaw.com

This the 20th day of January, 2011.

>s/ Travis E. Collum
>NC Bar No. 29158
>Attorney for Plaintiff
>Travis E. Collum, Attorney at Law, P.A.
>Post Office Box 1739
>Mooresville, NC 28115
>Telephone: 704-663-4187
>Facsimile: 704-663-4178
>travis@collumlaw.com